# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1906
_____

TERA B. LAU,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


October 9, 2025


PER CURIAM.

    DISMISSED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tera B. Lau, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.